**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Mark  Thomas Smith                                    BK NO. 24-00866 HWV
       Kiley Lynn Smith fka Kiley Lynn
Waltman                                                                  Chapter 13
               Debtor(s)


**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of M&T BANK and index same on the master
mailing list.



                                 Respectfully submitted,

                      /s/ *Michael Farrington*
                      Michael Farrington
                      17 Apr 2024, 11:24:52, EDT


                      KML Law Group, P.C.
                      BNY Mellon Independence Center
                      701 Market Street, Suite 5000
                      Philadelphia, PA  19106
                      215-627-1322

Document ID: 70bec15e5d97bd28ff286316c19122a2db4bc89828cff0c436eb78a0cbefd70f