In re:  Case No. 24-00866-HWV

Mark Thomas Smith  Chapter 13

Kiley Lynn Smith

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3

Date Rcvd: May 24, 2024     Form ID: ntcnfhrg     Total Noticed: 42

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mark Thomas Smith, Kiley Lynn Smith, 3589 Riding Club Drive, York, PA 17404-8203 |
| 5608764 | | Apothaker Scian P.C., David J. Apothaker, Esquire, 520 Fellowship Rd. C306 PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 5608769 | + | Derek DeShields, 433 Ashley Ave, La Grange, IL 60525-6011 |
| 5608771 | + | Jarrett DeShields, 204 N Forrest St, York, PA 17404-5006 |
| 5608775 | + | Mark Treires, 5604 Maram Court, Raleigh, NC 27609-3870 |
| 5608781 | + | Palmera Vacation Club, 33 Office Park Road, Unit 219, Hilton Head Island, SC 29928-4655 |
| 5608783 | + | Patenaude & Felix, A.P.C., Gregg L. Morris, Esquire, 2400 Ansys Drive, Suite 402-B, Canonsburg, PA 15317-0403 |
| 5608784 | + | Paul Smith, 129 East 7th ave, York, PA 17404-2103 |
| 5609091 | | U.S. Department of Housing and Urban Development, 12th Floor 801 Market Street, Philadelphia, PA 19107 |
| 5608793 | + | UPMC, 1426 N 3rd Street, Harrisburg, PA 17102-1937 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5608763 | + | Email/Text: bncnotifications@pheaa.org | May 24 2024 18:36:00 | American Education Services, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 5608764 | ^ | MEBN | May 24 2024 18:33:13 | Apothaker Scian P.C., David J. Apothaker, Esquire, 520 Fellowship Rd. C306 PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 5610970 | + | Email/Text: documentfiling@lciinc.com | May 24 2024 18:36:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 5608765 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 24 2024 18:41:13 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5617760 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 24 2024 18:41:13 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5608766 | + | Email/Text: bankruptcy@cavps.com | May 24 2024 18:36:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 1 American Lane, Ste 220, Greenwich, CT 06831-2563 |
| 5612259 | + | Email/Text: bankruptcy@cavps.com | May 24 2024 18:36:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 5608767 | | Email/Text: bankruptcy_notifications@ccsusa.com | May 24 2024 18:36:00 | Credit Collection Services, P.O. Box 447, Norwood, MA 02062-0447 |
| 5608768 | | Email/Text: electronicbkydocs@nelnet.net | May 24 2024 18:36:00 | Department of Education/Nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 5608770 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 24 2024 18:36:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5608772 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |

| Recipient # | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | May 24 2024 18:40:45 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 5608773 | | Email/Text: camanagement@mtb.com | May 24 2024 18:36:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240 |
| 5618611 | + | Email/Text: Unger@Members1st.org | May 24 2024 18:36:00 | Members 1st FCU, PO Box 8893, Camp Hill, PA 17001-8893 |
| 5608776 | + | Email/Text: Unger@Members1st.org | May 24 2024 18:36:00 | Members 1st FCU, Attn: Bankruptcy, 5000 Marketplace Way, Enola, PA 17025-2431 |
| 5608777 | + | Email/Text: bankruptcydpt@mcmcg.com | May 24 2024 18:36:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 5608778 | + | Email/PDF: pa_dc_claims@navient.com | May 24 2024 18:40:56 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 5608779 | | Email/Text: bankruptcy@oliphantfinancial.com | May 24 2024 18:36:00 | Oliphant Usa, 1800 2nd St, Sarasota, FL 34236 |
| 5615629 | + | Email/PDF: cbp@omf.com | May 24 2024 18:41:14 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 5608780 | + | Email/PDF: cbp@omf.com | May 24 2024 18:40:55 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 5608786 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 24 2024 18:40:44 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 5608787 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 24 2024 18:40:59 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 5608788 | + | Email/Text: bankruptcynotices@psecu.com | May 24 2024 18:36:00 | PSECU, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 5608783 | ^ | MEBN | May 24 2024 18:33:15 | Patenaude & Felix, A.P.C., Gregg L. Morris, Esquire, 2400 Ansys Drive, Suite 402-B, Canonsburg, PA 15317-0403 |
| 5608785 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 24 2024 18:36:00 | Pennsylvania Department of Revenue, P O Box 280946, Harrisburg, PA 17128-0946 |
| 5608789 | + | Email/Text: DeftBkr@santander.us | May 24 2024 18:36:00 | Santander Bank, 824 N. Market Street, Wilmington, DE 19801-3024 |
| 5608790 | ^ | MEBN | May 24 2024 18:33:10 | Springlight Financial, Attn: Bankruptcy, 500 E John Carpenter Fwy, Ste 300, Irving, TX 75062-3969 |
| 5608791 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 24 2024 18:40:54 | Synchrony Car Care, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 5608792 | + | Email/Text: bankruptcydepartment@tsico.com | May 24 2024 18:36:00 | Transworld Systems Inc., 500 Virginia Drive, Suite 514, Fort Washington, PA 19034-2733 |
| 5613422 | + | Email/Text: electronicbkydocs@nelnet.net | May 24 2024 18:36:00 | US Department of Education c/o Nelnet, 121 S 13th Street, Lincoln, NE 68508-1904 |
| 5608794 | ^ | MEBN | May 24 2024 18:33:11 | Venmo, 117 Barrow Street, New York, NY 10014-2826 |
| 5608795 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 24 2024 18:41:15 | Wells Fargo Bank, MAC-F8235-02F, PO Box 10438, Des Moines, IA 50306-0438 |
| 5608796 | + | Email/Text: bankruptcynotification@wellspan.org | May 24 2024 18:36:00 | Wellspan Health, 1001 South George Street, York, PA 17403-3676 |
| 5608797 | + | Email/Text: lconey@whiterosecu.com | May 24 2024 18:36:00 | White Rose Credit Union, 3498 Industrial Drive, York, PA 17402-9050 |
| 5608798 | + | Email/Text: documentfiling@lciinc.com | May 24 2024 18:36:00 | Xfinity/Comcast Corporation, Comcast Center, 1701 JFK Boulevard, Philadelphia, PA 19103-2899 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5608774 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240 |
| 5608782 | *+ | Palmera Vacation Club, 33 Office Park Road, Unit 219, Hilton Head Island, SC 29928-4655 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2024        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor M&T BANK mfarrington@kmllawgroup.com |
| Nicholas G. Platt | on behalf of Debtor 2 Kiley Lynn Smith ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| Nicholas G. Platt | on behalf of Debtor 1 Mark Thomas Smith ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Mark Thomas Smith,

    **Debtor 1**

Kiley Lynn Smith,
fka Kiley Lynn Waltman,

    **Debtor 2**

Chapter 13

Case No. 1:24−bk−00866−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**June 19, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: June 26, 2024<br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: ToniaWilson, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 24, 2024 |

ntcnfhrg (08/21)