In re:                                          Case No. 24-00866-HWV
Mark Thomas Smith                        Chapter 13
Kiley Lynn Smith
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1                          User: AutoDocke                         Page 1 of 3
Date Rcvd: May 24, 2024                  Form ID: pdf002                       Total Noticed: 42

The following symbols are used throughout this certificate:
**Symbol        Definition**

\+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++              Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^                Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mark Thomas Smith, Kiley Lynn Smith, 3589 Riding Club Drive, York, PA 17404-8203 |
| 5608764 | | Apothaker Scian P.C., David J. Apothaker, Esquire, 520 Fellowship Rd. C306 PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 5608769 | + | Derek DeShields, 433 Ashley Ave, La Grange, IL 60525-6011 |
| 5608771 | + | Jarrett DeShields, 204 N Forrest St, York, PA 17404-5006 |
| 5608775 | + | Mark Treires, 5604 Maram Court, Raleigh, NC 27609-3870 |
| 5608781 | + | Palmera Vacation Club, 33 Office Park Road, Unit 219, Hilton Head Island, SC 29928-4655 |
| 5608783 | + | Patenaude & Felix, A.P.C., Gregg L. Morris, Esquire, 2400 Ansys Drive, Suite 402-B, Canonsburg, PA 15317-0403 |
| 5608784 | + | Paul Smith, 129 East 7th ave, York, PA 17404-2103 |
| 5609091 | | U.S. Department of Housing and Urban Development, 12th Floor 801 Market Street, Philadelphia, PA 19107 |
| 5608793 | + | UPMC, 1426 N 3rd Street, Harrisburg, PA 17102-1937 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5608763 | + | Email/Text: bncnotifications@pheaa.org | May 24 2024 18:36:00 | American Education Services, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 5608764 | ^ | MEBN | May 24 2024 18:33:14 | Apothaker Scian P.C., David J. Apothaker, Esquire, 520 Fellowship Rd. C306 PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 5610970 | + | Email/Text: documentfiling@lciinc.com | May 24 2024 18:36:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 5608765 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 24 2024 18:41:14 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5617760 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 24 2024 18:40:46 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5608766 | + | Email/Text: bankruptcy@cavps.com | May 24 2024 18:36:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 1 American Lane, Ste 220, Greenwich, CT 06831-2563 |
| 5612259 | + | Email/Text: bankruptcy@cavps.com | May 24 2024 18:36:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 5608767 | | Email/Text: bankruptcy_notifications@ccsusa.com | May 24 2024 18:36:00 | Credit Collection Services, P.O. Box 447, Norwood, MA 02062-0447 |
| 5608768 | | Email/Text: electronicbkydocs@nelnet.net | May 24 2024 18:36:00 | Department of Education/Nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 5608770 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 24 2024 18:36:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5608772 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | May 24 2024 18:40:44 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 5608773 | | Email/Text: camanagement@mtb.com | May 24 2024 18:36:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240 |
| 5618611 | + | Email/Text: Unger@Members1st.org | May 24 2024 18:36:00 | Members 1st FCU, PO Box 8893, Camp Hill, PA 17001-8893 |
| 5608776 | + | Email/Text: Unger@Members1st.org | May 24 2024 18:36:00 | Members 1st FCU, Attn: Bankruptcy, 5000 Marketplace Way, Enola, PA 17025-2431 |
| 5608777 | + | Email/Text: bankruptcydpt@mcmcg.com | May 24 2024 18:36:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 5608778 | + | Email/PDF: pa_dc_claims@navient.com | May 24 2024 18:41:14 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 5608779 | | Email/Text: bankruptcy@oliphantfinancial.com | May 24 2024 18:36:00 | Oliphant Usa, 1800 2nd St, Sarasota, FL 34236 |
| 5615629 | + | Email/PDF: cbp@omf.com | May 24 2024 18:40:55 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 5608780 | + | Email/PDF: cbp@omf.com | May 24 2024 18:41:11 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 5608786 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 24 2024 18:41:15 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 5608787 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 24 2024 18:40:43 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 5608788 | + | Email/Text: bankruptcynotices@psecu.com | May 24 2024 18:36:00 | PSECU, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 5608783 | ^ | MEBN | May 24 2024 18:33:14 | Patenaude & Felix, A.P.C., Gregg L. Morris, Esquire, 2400 Ansys Drive, Suite 402-B, Canonsburg, PA 15317-0403 |
| 5608785 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 24 2024 18:36:00 | Pennsylvania Department of Revenue, P O Box 280946, Harrisburg, PA 17128-0946 |
| 5608789 | + | Email/Text: DeftBkr@santander.us | May 24 2024 18:36:00 | Santander Bank, 824 N. Market Street, Wilmington, DE 19801-3024 |
| 5608790 | ^ | MEBN | May 24 2024 18:33:11 | Springlight Financial, Attn: Bankruptcy, 500 E John Carpenter Fwy, Ste 300, Irving, TX 75062-3969 |
| 5608791 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 24 2024 18:40:55 | Synchrony Car Care, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 5608792 | + | Email/Text: bankruptcydepartment@tsico.com | May 24 2024 18:36:00 | Transworld Systems Inc., 500 Virginia Drive, Suite 514, Fort Washington, PA 19034-2733 |
| 5613422 | + | Email/Text: electronicbkydocs@nelnet.net | May 24 2024 18:36:00 | US Department of Education c/o Nelnet, 121 S 13th Street, Lincoln, NE 68508-1904 |
| 5608794 | ^ | MEBN | May 24 2024 18:33:12 | Venmo, 117 Barrow Street, New York, NY 10014-2826 |
| 5608795 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 24 2024 18:41:10 | Wells Fargo Bank, MAC-F8235-02F, PO Box 10438, Des Moines, IA 50306-0438 |
| 5608796 | + | Email/Text: bankruptcynotification@wellspan.org | May 24 2024 18:36:00 | Wellspan Health, 1001 South George Street, York, PA 17403-3676 |
| 5608797 | + | Email/Text: lconey@whiterosecu.com | May 24 2024 18:36:00 | White Rose Credit Union, 3498 Industrial Drive, York, PA 17402-9050 |
| 5608798 | + | Email/Text: documentfiling@lciinc.com | May 24 2024 18:36:00 | Xfinity/Comcast Corporation, Comcast Center, 1701 JFK Boulevard, Philadelphia, PA 19103-2899 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5608774 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240 |
| 5608782 | *+ | Palmera Vacation Club, 33 Office Park Road, Unit 219, Hilton Head Island, SC 29928-4655 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2024                    Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor M&T BANK mfarrington@kmllawgroup.com |
| Nicholas G. Platt | on behalf of Debtor 2 Kiley Lynn Smith ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| Nicholas G. Platt | on behalf of Debtor 1 Mark Thomas Smith ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

LOCAL BANKRUPTCY FORM 3015-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
**Mark Thomas Smith**
**Kiley Lynn Smith**

CHAPTER 13
CASE NO.

☑ ORIGINAL PLAN
☐ AMENDED PLAN (Indicate 1st, 2nd, 3rd, etc.)
☐ Number of Motions to Avoid Liens
☐ Number of Motions to Value Collateral

**CHAPTER 13 PLAN**

**NOTICES**

Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked or if neither box is checked, the provision will be ineffective if set out later in the plan.

| | | Included | Not Included |
|---|---|---|---|
| 1 | The plan contains nonstandard provisions, set out in § 9, which are not included in the standard plan as approved by the U.S. Bankruptcy Court for the Middle District of Pennsylvania. | ☐ | ☑ |
| 2 | The plan contains a limit on the amount of a secured claim, set out in § 2.E, which may result in a partial payment or no payment at all to the secured creditor. | ☐ | ☑ |
| 3 | The plan avoids a judicial lien or nonpossessory, nonpurchase-money security interest, set out in § 2.G. | ☐ | ☑ |

**YOUR RIGHTS WILL BE AFFECTED**

READ THIS PLAN CAREFULLY. If you oppose any provision of this plan, you must file a timely written objection. This plan may be confirmed and become binding on you without further notice or hearing unless a written objection is filed before the deadline stated on the Notice issued in connection with the filing of the plan.

1. **PLAN FUNDING AND LENGTH OF PLAN.**

    A.  **Plan Payments From Future Income**

    1. To date, the Debtor paid $ **0.00** (enter $0 if no payments have been made to the Trustee to date). Debtor shall pay to the Trustee for the remaining term of the plan the following payments. If applicable, in addition to monthly plan payments, Debtor shall make conduit payments through the Trustee as set forth below. The total base plan is $**174,000.00**, plus other payments and property stated in § 1B below:

| Start mm/yy | End mm/yy | Plan Payment | Estimated Conduit Payment | Total Monthly Payment | Total Payment Over Plan Tier |
|---|---|---|---|---|---|
| 05/24 | 04/29 | 2,900.00 | 0.00 | 2,900.00 | 174,000.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | Total Payments: | $174,000.00 |

    2. If the plan provides for conduit mortgage payments, and the mortgagee notifies the Trustee that a different payment is due, the Trustee shall notify the Debtor and any attorney for the Debtor, in writing, to adjust the conduit payments and the plan funding. Debtor must pay all post-petition mortgage payments that come due before the initiation of conduit mortgage payments.

3. Debtor shall ensure that any wage attachments are adjusted when necessary to conform to the terms of the plan.

4. CHECK ONE: ☐ Debtor is at or under median income. *If this line is checked, the rest of § 1.A.4 need not be completed or reproduced.*

☑ Debtor is over median income. Debtor estimates that a minimum of $**148,003.80** must be paid to allowed unsecured creditors in order to comply with the Means Test.

B. **Additional Plan Funding From Liquidation of Assets/Other**

1. The Debtor estimates that the liquidation value of this estate is $**52,835.00**. (Liquidation value is calculated as the value of all non-exempt assets after the deduction of valid liens and encumbrances and before the deduction of Trustee fees and priority claims.)

*Check one of the following two lines.*

☑ No assets will be liquidated. *If this line is checked, the rest of § 1.B.2 and complete § 1.B.3 if applicable*

☐ Certain assets will be liquidated as follows:

2. In addition to the above specified plan payments, Debtor shall dedicate to the plan proceeds in the estimated amount of $__ from the sale of property known and designated as __. All sales shall be completed by __. If the property does not sell by the date specified, then the disposition of the property shall be as follows:
___

3. Other payments from any source(s) (describe specifically) shall be paid to the Trustee as follows:
___

2. **SECURED CLAIMS.**

A. **Pre-Confirmation Distributions.** *Check one.*

☐ None. *If "None" is checked, the rest of § 2.A need not be completed or reproduced.*

☑ Adequate protection and conduit payments in the following amounts will be paid by the Debtor to the Trustee. The Trustee will disburse these payments for which a proof of claim has been filed as soon as practicable after receipt of said payments from the Debtor.

| Name of Creditor | Last Four Digits of Account Number | Estimated Monthly Payment |
|---|---|---|
| **M & T Bank** | 7847 | $1,711.64 |

1. The Trustee will not make a partial payment. If the Debtor makes a partial plan payment, or if it is not paid on time and the Trustee is unable to pay timely a payment due on a claim in this section, the Debtor's cure of this default must include any applicable late charges.

2. If a mortgagee files a notice pursuant to Fed. R. Bankr. P. 3002.1(b), the change in the conduit payment to the Trustee will not require modification of this plan.

B. **Mortgages (Including Claims Secured by Debtor's Principal Residence) and Other Direct Payments by Debtor.** *Check one.*

☐ None. *If "None" is checked, the rest of § 2.B need not be completed or reproduced.*

☑ Payments will be made by the Debtor directly to the creditor according to the original contract terms, and without

modification of those terms unless otherwise agreed to by the contracting parties. All liens survive the plan if not avoided or paid in full under the plan.

| Name of Creditor | Description of Collateral | Last Four Digits of Account Number |
|---|---|---|
| M & T Bank | 3589 Riding Club Drive York, PA 17404 CMA value of $328,000 with a 10% Cost of Sale Reduction | 7847 |
| M&T Bank | 3589 Riding Club Drive York, PA 17404 CMA value of $328,000 with a 10% Cost of Sale Reduction | |
| Springlight Financial | 2012 Ford Fusion SEL 173000 miles | 1001 |

    C.    **Arrears (Including, but not limited to, claims secured by Debtor's principal residence)**. *Check one.*

☐ None. *If "None" is checked, the rest of § 2.C need not be completed or reproduced.*

☑ The Trustee shall distribute to each creditor set forth below the amount of arrearages in the allowed claim. If post-petition arrears are not itemized in an allowed claim, they shall be paid in the amount stated below. Unless otherwise ordered, if relief from the automatic stay is granted as to any collateral listed in this section, all payments to the creditor as to that collateral shall cease, and the claim will no longer be provided for under § 1322(b)(5) of the Bankruptcy Code:

| Name of Creditor | Description of Collateral | Estimated Pre-petition Arrears to be Cured | Estimated Post-petition Arrears to be Cured | Estimated Total to be paid in plan |
|---|---|---|---|---|
| M & T Bank | 3589 Riding Club Drive York, PA 17404 CMA value of $328,000 with a 10% Cost of Sale Reduction | $6,966.86 | $0.00 | $6,966.86 |

    D.    **Other secured claims (conduit payments and claims for which a § 506 valuation is not applicable, etc.)**
☑ None. *If "None" is checked, the rest of § 2.D need not be completed or reproduced.*

    E.    **Secured claims for which a § 506 valuation is applicable.** *Check one.*
☑ None. *If "None" is checked, the rest of § 2.E need not be completed or reproduced.*

    F.    **Surrender of Collateral.** *Check one.*

☐ None. *If "None" is checked, the rest of § 2.F need not be completed or reproduced.*

☑ The Debtor elects to surrender to each creditor listed below the collateral that secures the creditor's claim. The Debtor requests that upon confirmation of this plan or upon approval of any modified plan the stay under 11 U.S.C. §362(a) be terminated as to the collateral only and that the stay under §1301 be terminated in all respects. Any allowed unsecured claim resulting from the disposition of the collateral will be treated in Part 4 below.

| Name of Creditor | Description of Collateral to be Surrendered |
|---|---|
| Palmera Vacation Club | Time Share |
| Palmera Vacation Club | Time Share Dues |

    G.    **Lien Avoidance.** *Do not use for mortgages or for statutory liens, such as tax liens. Check one.*

☑ None. *If "None" is checked, the rest of § 2.G need not be completed or reproduced.*

3.    **PRIORITY CLAIMS.**

    A.    **Administrative Claims**

        1. <u>Trustee's Fees</u>. Percentage fees payable to the Trustee will be paid at the rate fixed by the United States Trustee.

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

2. <u>Attorney's fees.</u> Complete only one of the following options:

   a. In addition to the retainer of $__0.00__ already paid by the Debtor, the amount of $__0.00__ in the plan. This represents the unpaid balance of the presumptively reasonable fee specified in L.B.R. 2016-2(c); or

   b. $_____ per hour, with the hourly rate to be adjusted in accordance with the terms of the written fee agreement between the Debtor and the attorney. Payment of such lodestar compensation shall require a separate fee application with the compensation approved by the Court pursuant to L.B.R. 2016-2(b).

3. <u>Other.</u> Other administrative claims not included in §§ 3.A.1 or 3.A.2 above.
   *Check one of the following two lines.*

   ☑ None. *If "None" is checked, the rest of § 3.A.3 need not be completed or reproduced.*

   **B.** **Priority Claims (including, certain Domestic Support Obligations)**

   Allowed unsecured claims, entitled to priority under § 1322(a) will be paid in full unless modified under § 9.

| Name of Creditor | Estimated Total Payment |
|---|---|
| Internal Revenue Service | $18,808.04 |
| Pennsylvania Department of Revenue | $164.00 |

   **C.** **Domestic Support Obligations assigned to or owed to a governmental unit under 11 U.S.C. §507(a)(1)(B).** *Check one of the following two lines.*

   ☑ None. *If "None" is checked, the rest of § 3.C need not be completed or reproduced.*

4. **UNSECURED CLAIMS**

   **A.** **Claims of Unsecured Nonpriority Creditors Specially Classified.**
   *Check one of the following two lines.*

   ☑ None. *If "None" is checked, the rest of § 4.A need not be completed or reproduced.*

   **B.** **Remaining allowed unsecured claims will receive a pro-rata distribution of funds remaining after payment of other classes.**

5. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES.** *Check one of the following two lines.*

   ☑ None. *If "None" is checked, the rest of § 5 need not be completed or reproduced.*

6. **VESTING OF PROPERTY OF THE ESTATE.**

   **Property of the estate will vest in the Debtor upon**

   *Check the applicable line:*

   ☐ plan confirmation.
   ☐ entry of discharge.
   ☑ closing of case.

7. **DISCHARGE: (Check one)**

   ☑ The debtor will seek a discharge pursuant to § 1328(a).
   ☐ The debtor is not eligible for a discharge because the debtor has previously received a discharge described in § 1328(f).

8.  ORDER OF DISTRIBUTION:

If a pre-petition creditor files a secured, priority or specially classified claim after the bar date, the Trustee will treat the claim as allowed, subject to objection by the Debtor.

Payments from the plan will be made by the Trustee in the following order:
Level 1: _____
Level 2: _____
Level 3: _____
Level 4: _____
Level 5: _____
Level 6: _____
Level 7: _____
Level 8: _____

*If the above Levels are filled in, the rest of § 8 need not be completed or reproduced.* If the above Levels are not filled-in, then the order of distribution of plan payments will be determined by the Trustee using the following as a guide:

Level 1: Adequate protection payments.
Level 2: Debtor's attorney's fees.
Level 3: Domestic Support Obligations.
Level 4: Priority claims, pro rata.
Level 5: Secured claims, pro rata.
Level 6: Specially classified unsecured claims.
Level 7: Timely filed general unsecured claims.
Level 8: Untimely filed general unsecured claims to which the Debtor has not objected.

9.  NONSTANDARD PLAN PROVISIONS

**Include the additional provisions below or on an attachment. Any nonstandard provision placed elsewhere in the plan is void. (NOTE: The plan and any attachment must be filed as one document, not as a plan and exhibit.)**

| Dated: | **April 9, 2024** | **/s/ Nicholas G. Platt** |
| | | **Nicholas G. Platt 327239** |
| | | Attorney for Debtor |
| | | |
| | | **/s/ Mark Thomas Smith** |
| | | **Mark Thomas Smith** |
| | | Debtor |
| | | |
| | | **/s/ Kiley Lynn Smith** |
| | | **Kiley Lynn Smith** |
| | | Joint Debtor |

By filing this document, the debtor, if not represented by an attorney, or the Attorney for Debtor also certifies that this plan contains no nonstandard provisions other than those set out in § 9.