DocuSign Envelope ID: 466A5F82-FA25-48B4-857B-D62DEBC8ABDA

# IN THE UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | MARK THOMAS SMITH | CHAPTER 13 |
| | KILEY LYNN SMITH | |
| | DEBTORS | CASE NO. 1:24-bk-00866-HWV |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM #20

Please withdraw Proof of Claim #20. Debtor filed claim without consulting counsel. There have been no Objections filed to such claim.

Dated: June 18, 2024

Respectfully Submitted,

/s/ Nicholas G. Platt
Nicholas G. Platt (327239)
Counsel for Debtor
Mooney Law
230 York Street
Hanover, PA 17331
ngp@mooney4law.com
(717) 632-4656 Phone

Date: 6/18/2024

Mark Thomas Smith, Debtor