IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MARK THOMAS SMITH     CHAPTER 13
KILEY LYNN SMITH
        DEBTORS
        CASE NO. 1:24-bk-00866-HWV

MARK THOMAS SMITH
KILEY LYNN SMITH
        MOVANTS

VS.

WELLSPAN HEALTH
        RESPONDENT

## WITHDRAWAL OF OBJECTION TO PROOF OF CLAIM #21 FILED BY WELLSPAN HEALTH

Please withdraw our Objection to Proof of Claim #21 by Wellspan Health that was filed on June 20, 2024.

Dated: July 2, 2024          Respectfully Submitted,

/s/ Nicholas G. Platt
Nicholas G. Platt (327239)
Counsel for Debtor
Mooney Law
230 York Street
Hanover, PA 17331
ngp@mooney4law.com
(717) 632-4656 Phone